No. CR 08 00156 JW

**Filed** MAR 12 2008

**SEALED BY ORDER OF COURT**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

THE UNITED STATES OF AMERICA

vs.

STEVEN RODRIGUEZ

## INDICTMENT

**COUNT ONE:** Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition.

*A true bill.*

_____
Foreperson

Filed in open court this 12th day of March

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No bail / warrant





DOCUMENT NO. | CSA's INITIALS
1 | R
DISTRICT COURT CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. OCONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., 9th Floor
San Jose, California 95113
Telephone: (408) 535-5053
Facsimile: (408) 535-5066
E-mail: Thomas.M.O'Connell@usdoj.gov

Attorneys for the United States of America

**SEALED BY ORDER OF COURT**

Filed MAR 12 2008
RICHARD [...]
CLERK, U.S. [...]
NORTHERN DISTRICT [...]
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN RODRIGUEZ, <br><br> Defendant | No. CR-08 00156 JW RS <br><br> VIOLATION: 18 U.S.C. §922(g)(1) – Felon in Possession of Firearm and Ammunition <br><br> SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 922(g)(1) – Felon In Possession of Firearm and Ammunition)

1. On or about February 23, 2007, in the Northern District of California the defendant,

STEVEN RODRIGUEZ,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit, a Remington Model 870 12 gauge shotgun,

INDICTMENT

-2-

1  serial number V631321V, and five rounds of 12 gauge ammunition, in and affecting commerce,
2  in violation of Title 18 U.S.C. Section 922(g)(1).
3  DATED: 3/12/08

A TRUE BILL

FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney

11 DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch

13
14 (Approved as to form: _____)
           AUSA O'Connell

INDICTMENT                -2-

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

── OFFENSE CHARGED ──

COUNT ONE: Title 18 United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

*SEALED BY ORDER OF THE COURT*

── DEFENDANT - U.S. ──
▶ STEVEN RODRIGUEZ

DISTRICT COURT NUMBER
**CR-08 00156 JW**

*Filed MAR 12 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

── PROCEEDING ──
Name of Complaintant Agency, or Person (&Title, if any)

S/A THOMAS CUNNINGHAM-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   THOMAS M. O'CONNELL

── DEFENDANT ──

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:
Comments: