**SEALED BY ORDER OF COURT**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| | ) | **SEALING ORDER** |
| v. | ) | |
| STEVEN RODRIGUEZ, | ) | **CR-08 00156 JW** |
| Defendant. | ) | **UNDER SEAL** |
| | ) | |

For good cause shown, as set forth in the oral application made by Assistant United States Attorney Thomas M. O'Connell, the Clerk of the Court is hereby **ORDERED** to file the Indictment, the arrest warrant, and this Order, under seal, and not disclose the contents thereof to anyone without further order of this Court.

**IT IS SO ORDERED.**

DATED: 3/12/08

NANDOR VADAS
United States Magistrate Judge