# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

**Steven Rodriguez**

WARRANT FOR ARREST

**SEALED BY ORDER OF COURT**

Case Number: **CR-08-00156-JW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Steven Rodriguez**_____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

**FILED APR 2 5 2008** CLERK RICHARD... NORTHERN DIS... SAN...

charging him or her with:

**Felon in Possession of Firearm and Ammunition**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

| Cita F. Escolano | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Cita F. Escolano | 3/13/08, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__   by   __Nandor Vadas__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received 3/13/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 4/10/08 | Thomas Cunningham  ATF SPECIAL AGENT | /s/ |