UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 5/5/2008  
**Case No.:** CR- 08-0156 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Gina Colin  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

### TITLE

U.S.A. v. Steven Rodriguez ( C)

**Attorney(s) for Plaintiff(s):** Gary Fry for Jeff Nedrow  
**Attorney(s) for Defendant(s):** Cynthia Lie  

### PROCEEDINGS

Status/Trial Setting

### ORDER AFTER HEARING

Hearing Held.  Defendant present and in custody for proceedings.  The Court continued this matter to June 9, 2008 at 1:30 PM for Further Status Hearing.  Time is excluded from May 5, 2008 to June 9, 2008 to accommodate discovery disclosure and review.

**Last Date for Trial:** June 24, 2008

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **C. Escolano**  
CC: