UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware                              **Courtroom Deputy:** Elizabeth Garcia
**Date:** June 9, 2008                              **Court Reporter:** Summer Clanton
**Case No.:** CR-08-0156 JW                  **U.S. Probation Officer:** N/A
**Related Case No.:** N/A                      **Interpreter:** N/A

## TITLE

U.S.A. v. Steven Rodriguez( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Cynthia Lie

## PROCEEDINGS

Further Status Conference

## ORDER AFTER HEARING

Hearing Held. Defendant Rodriguez present and in custody for proceedings. The Government made an oral motion to unseal the indictment and the above assigned case. For the reasons stated on the record the Court GRANTED the Government's request to unseal the indictment and case. The Clerk shall unseal the indictment and above case. The parties made an oral request for referral for a Settlement conference. The Court GRANTED the parties request and referred the parties to Judge Seeborg for settlement. The parties are to contact Judge Seeborg's chambers immediately to schedule a settlement conference. The Court set the following pretrial and trial dates:

1. Final Pretrial Conference set for July 24, 2008 at 9:00 AM
2. Jury Selection set for August 5, 2008 at 9:00 AM
3. Jury trial set for
August 6, 2008 through August 8, 2008 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
August 11, 2008 through August 15, 2008 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM

Time is excluded from June 9, 2008 through August 5, 2008 for the parties settlement efforts and trial preparation.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C.Escolano/E-filed**
CC: J Younger, M. Brown, B. Kunkel