UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 08-00156 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING HEARING |
| STEVEN RODRIGUEZ, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Court sets a hearing on July 7, 2008 at 1:30 PM in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California re issues of exclusion of time from the Speedy Trial Clock.

Dated: July 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy