**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***

**CRIMINAL MINUTES**

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:    July 7, 2008** | **Court Reporter: Summer Clanton** |
| **Case No.: CR-08-0156 JW** | **U.S. Probation Officer: N/A** |
| **Related Case No.: N/A** | **Interpreter:    N/A** |

**TITLE**

**U.S.A. v. Steven Rodriguez (C)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Cynthia Lie**

**PROCEEDINGS**

**Status Hearing re: Issue of Exclusion of Time from the Speedy Trial Clock**

**ORDER AFTER HEARING**

Hearing Held.  Defendant initially not present and in custody for proceedings.  The parties raised issues of miscalculation of the defendant's date for a speedy trial.  The Defense corrected the calculation to be July 24, 2008.  The Government and Defense raised issues re time exclusion for previous settlement efforts by the parties.   The Court reset the trial schedule according to the adjusted Speedy Trial Date on the record.  The Court further ordered on the record for the United States Marshal to produce the defendant to address the issues of: 1) Waiver of right to speedy trial sufficient to start trial on August 5, 2008 or to 2) reschedule the trial as set on the record.

The Court took a brief recess during the proceedings and continued the matter once the USM has produced the defendant. The Court voir dired the defendant as to the waiver of right to a speedy trial under the Speedy Trial Act sufficient to start trial on the previously set jury selection date of August 5, 2008 but not later than.  The defendant WAIVED right to a speedy trial under the Speedy Trial Act sufficient to start trial on August 5, 2008.  The alternative trial dates previously set on record were VACATED.

The trial dates are as follows:

1. Final Pretrial Conference set for July 24, 2008 at 9:00 AM
2.  Jury Selection set for August 5, 2008 at 9:00 AM
3. Jury trial set for
August 5, 2008 1:00 PM - 4:00 PM
August 6, 2008 through August 8, 2008 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
August 11, 2008 through August 15, 2008 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM

Time excluded as detailed on the record sufficient to start trial on August 5, 2008.

Speedy Trial Date: July 24, 2008

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: