| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY B. SCHENK (CSBN 234355)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-2695 |
| 7 | Facsimile: (408) 535-5066<br>E-mail: jeffrey.b.schenk@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00156 JW |
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| STEVEN RODRIGUEZ, | ) | |
| Defendant. | ) | |

Please take notice that as of, July 18, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

> Assistant U.S. Attorney Jeffrey B. Schenk
> 150 Almaden Blvd., Suite 900
> San Jose, CA  95113
> Telephone: (408) 535-2695
> Email: jeffrey.b.schenk@usdoj.gov

DATED: July 18, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
JEFFREY B. SCHENK
Assistant United States Attorney