BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
cynthia_lie@fd.org

Counsel for Defendant RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00156 JW |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **ATTORNEY** |
| vs. | ) | |
| | ) | |
| STEVEN RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for Steven Rodriguez.

Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Cynthia C.

Lie enters her Notice of Substitution of Attorney for Mr. Rodriguez. Ms. Lie will be replacing

Assistant Federal Public Defender Nicholas Humy as counsel of record. Counsel's contact

information is listed above.

Dated: July 22, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender
                                                /s/

                                        CYNTHIA C. LIE
                                        Assistant Federal Public Defender