UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** July 24, 2008  
**Case No.:** CR-08-0156 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Steven Rodriguez (C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk  
**Attorney(s) for Defendant(s):** Cynthia Lie  

## PROCEEDINGS

Final Pretrial Conference

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court modified the trial schedule as follows:

1. Jury Selection set for August 4, 2008 at 1:00 PM
2. Jury Trial set for August 5, 2008 through August 8, 2008 at 9:00 AM - 12:00 PM, 1:00 PM - 4:00 PM
3. Jury Deliberations set for August 11, 2008 through August 13, 2008.

The Court to issue further Order re Jury Instructions and Motions in Limine.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: J Younger