JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY SCHENK (CASBN 234355)
RICHARD CHENG (CASBN 135992)
Assistant United States Attorneys

   U.S. Attorney's Office
   150 S. Almaden, 9th Floor
   San Jose, CA 95113
   Telephone: (408) 535-2695/5032
   Facsimile: (408) 535-5066
   jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00156 JW |
| ) | |
| Plaintiff, ) | **VERDICT FORM** |
| ) | |
| v. ) | Trial Date: August 5, 2008 |
| ) | Time: 9:00 a.m. |
| STEVEN RODRIGUEZ, ) | Court: Hon. J. Ware |
| ) | |
| Defendant. ) | |
| ) | |

     We, the Jury empaneled in the above-entitled case, unanimously find Steven Rodriguez

                                       _____
                                        Guilty/Not Guilty

of a violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Superseding Indictment.

1
2   We, the Jury empaneled in the above-entitled case, unanimously find Steven Rodriguez
3
            _____
4               Guilty/Not Guilty
5   of a violation of 18 U.S.C. § 922(g)(3), as charged in Count Two of the Superseding Indictment.
6
7
    DATED:                                    _____
8                                              Foreperson
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28