1  Jason de Bretteville (CASBN 195069)
   1870 Embarcadero Road
2  Palo Alto, California 94303
   Telephone:     (650) 461-5600
3  Facsimile:     (650) 461-5700
   debrettevillej@sullcrom.com
4
   Attorney for **SOPHIA WATKINS**
5

6

7

8

DENIED

*James Ware*

Judge James Ware

7/31/2008

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE VENUE**

9
   UNITED STATES OF AMERICA,          )   Case No.  5:08-cr-00156 (JW)
10                                      )
                        Plaintiff,     )   [PROPOSED] ORDER MODIFYING
11                                      )   WITNESS SUBPOENA
                  v.                    )
12                                      )
   RODRIGUEZ,                          )
13                                      )   Judge:  Honorable James Ware
                        Defendant.     )
14  _____)

15

16      On July 31, 2008, Sophia Watkins filed an ex parte motion for an order modifying her

17  subpoena to testify.

        At the Final Pretrial Conference on July 24, 2008, the Court inquired as to the availabilty of the

18  witness to testify and the Government's readiness to proceed to trial.  The Government represented that

19  the witness would be in the District by August 5, 2008 and available to testify by August 5, 2008.

20

21      Accordingly, the Court DENIES the Ex Parte Motion to Modify the Witness Subpoena.

22  IT IS SO ORDERED.

23  Dated: July 31, 2008

24                                          _____
                                            United States District Judge
25

26

27

28

SULLIVAN
&
CROMWELL LLP
                                                    PROPOSED ORDER; Case No. 5:08-cr-00156 (JW)