UNITED STATES DISTRICT COURT
for the Northern District of California

Case No.:  CR 08-00156 JW                                           Date: August 5, 2008
Case Name:  United States v. Steven Rodriguez

## UNITED STATES' EXHIBIT LIST

| EXHIBIT NUMBER | DATE | | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | | |
| 1 | | | | Photograph of 1535 San Andreas Road |
| 2 | | | | Photograph of 1535 San Andreas Road |
| 3 | | | | Photograph of 1535 San Andreas Road |
| 4 | | | | Photograph of 1535 San Andreas Road |
| 5 | | | | Photograph of shotgun |
| 6 | | | | Photograph of shotgun with blue towel |
| 7 | | | | Photograph of shotgun with blue towel |
| 8 | | | | Remington Model 870 12 gauge pump-action shotgun, serial number V631321V |
| 9a thru 9e | | | | a) one round of 12 gauge ammunition containing the head-stamp "R-P"; b) one round of 12 gauge ammunition containing the head-stamp "Peters"; c) one round of 12 gauge ammunition containing the head-stamp "Duck Symbol"; d) two rounds of 12 gauge ammunition containing the head-stamp "Sellier & Bellot.", |

| EXHIBIT NUMBER | DATE | | SPONSORING WITNESS | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | **Marked for Identification** | **Admitted in Evidence** | | |
| 10 | | | | audiotape of Rodriguez' post-arrest statement |