IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>  v.<br><br>Steven Rodriguez,<br><br>        Defendant. | NO. CR 08-00156 JW<br><br>**ORDER PERMITTING SHOTGUN AND SHELLS TO USE AS EXHIBITS FOR TRIAL PURPOSES** |

The Court permits the Government to enter the Courthouse with the following: a Remington Model 870 12 gauge pump-action shotgun, serial number V63132V. The shotgun must have a trigger lock before entering the Courthouse and the trigger lock will remain on the gun for the duration of trial, deliberations and any post-trial proceedings. The shotgun will be used as Exhibit Number 8. The Court also permits the Government to enter the Courthouse with the following a) one round of 12 gauge ammunition containing the head-stamp "R-P", b) on round of 12 gauge ammunition containing the head-stamp "Peters"; c) one round of 12 gauge ammunition containing the head-stamp "Duck Symbol"; d) two rounds of 12 gauge ammunition containing the head-stamp "Sellier & Bellot" for use as Exhibit Numbers 9A through 9E.

Dated: August 1, 2008

                                                                JAMES WARE<br>
                                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia Chin Young Lie  cynthia_lie@fd.org
Jeffrey Benjamin Schenk  jeffrey.b.schenk@usdoj.gov

**Dated:  August 1, 2008**                                                    **Richard W. Wieking, Clerk**

                                                                                        **By:** _Elizabeth C. Garcia_
                                                                                                 **Elizabeth Garcia**
                                                                                                 **Courtroom Deputy**