IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. CR 08-00156 JW |
| Plaintiff(s), | **ORDER TO JURY COMMISSIONER** |
| v. | |
| Steven Rodriguez | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Jury Commissioner shall furnish daily refreshments as needed in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury effective for the following schedule: August 5, 2008 through August 8, 2008.

IT IS FURTHER ORDERED that the Jury Commissioner shall furnish daily refreshments and lunch in the above entitled matter, as needed, at the expense of the United States District Court through Le Boulanger for the members of the jury effective through August 11, 2008 through August 13, 2008.

Dated: August 5, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Jeffrey Schenk jeffrey.b.schenk@usdoj.gov
Cynthia Lie cynthia_lie@fd.org

**Dated: August 5, 2008**                                **Richard W. Wieking, Clerk**

By: *Elizabeth C Garcia*
     **Elizabeth Garcia**
     **Courtroom Deputy**