UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES - JURY TRIAL

**Judge:** James Ware  
**Date:** August 4, 2008  
**Case No:** CR-08-0156 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Lee-Anne Shortridge  
**Interpreter:** N/A  
**Probation Officer:** N/A  

### TITLE

USA v. Steven Rodriguez (C)

Attorney(s) for Plaintiff(s): Jeff Schenk, Richard Cheng  
Attorney(s) for Defendant(s): Cynthia Lie

### PROCEEDINGS

Jury Selection

### ORDER AFTER HEARING

Jury Selection Held. Defendant present and in custody for proceedings. The Court empaneled fourteen (14) juror members for the duration of the trial. The Court excused the empaneled jurors for the day. The Court held a brief hearing outside the presence of the jury.

Further Trial Proceedings (outside of the presence of the jury) set for 8:30 AM.

Further Trial Proceedings (with jury) set for 9:00 AM.

**Exhibits Into Evidence:**
N/A

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: