JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY SCHENK (CASBN 234355)
RICHARD CHENG (CASBN 135992)
Assistant United States Attorneys

   U.S. Attorney's Office
   150 S. Almaden, 9th Floor
   San Jose, CA 95113
   Telephone:  (408) 535-2695/5032
   Facsimile: (408) 535-5066
   jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN RODRIGUEZ,<br><br>    Defendant. | No. CR 08-00156 JW<br><br>**TRIAL STIPULATIONS II**<br><br>Trial Date:   August 5, 2008<br>Time:   9:00 a.m.<br>Court:   Hon. J. Ware |

IT IS HEREBY STIPULATED by and between the United States and defendant, Steven Rodriguez, as follows:

1. That prior to February 23, 2007, the defendant had been convicted of a crime punishable by imprisonment of a term exceeding one year.

TRIAL STIPULATIONS II
CR 08-00156 JW

2. That the firearm found at 1535 San Andreas Rd. in Watsonville, California (the Manresa Lodge), a Remington Model 870 12 gauge pump-action shotgun, serial number V631321V, marked as Exhibit _8__, was manufactured in New York.

3. That the ammunition seized at the Manresa Lodge, one round of 12 gauge ammunition containing the head-stamp "R-P", marked as Exhibit _9a___, was manufactured in Arkansas or Connecticut; another round of 12 gauge ammunition containing the head-stamp "Peters", marked as Exhibit _9b___, was manufactured in Ohio; another round of 12 gauge ammunition containing the head-stamp "Duck Symbol", marked as Exhibit _9c___, was manufactured in Minnesota; the last two rounds of 12 gauge ammunition containing the head-stamp "Sellier & Bellot.", marked as Exhibit _9d and 9e___, was manufactured in the Czech Republic.

4. That the defendant tested positive for narcotics use nine separate times according to toxicology reports done by National Toxicology Laboratories, Inc. On **September 7, 2005**, the defendant tested positive for amphetamines and methamphetamines. On **October 24, 2005**, the defendant tested positive for amphetamines and methamphetamines. On **January 23, 2006**, the defendant tested positive for amphetamines and methamphetamines. On **February 16, 2006**, the defendant tested positive for amphetamines and methamphetamines. On **March 1, 2006**, the defendant tested positive for amphetamines and methamphetamines. On **March 29, 2006**, the defendant tested positive for amphetamines and methamphetamines. On **May 16, 2006**, the defendant tested positive for amphetamines and methamphetamines. On **February 8, 2007**, the defendant tested positive for amphetamines and methamphetamines.  On **February 23, 2007**, the defendant tested positive for amphetamines and methamphetamines.

5. That on two occasions, **March 16, 2005** and **November 17, 2005**, the defendant signed statements admitting he used methamphetamine.

TRIAL STIPULATIONS II
CR 08-00156 JW                    2

6. Amphetamines and methamphetamines are controlled substances as defined in Section 102 of the Controlled Substances Act (21 U.S.C. § 802).

DATED: August 5, 2008

    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    /s/
    JEFFREY B. SCHENK
    Assistant United States Attorney