1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY SCHENK (CASBN 234355)
   RICHARD CHENG (CASBN 135992)
5  Assistant United States Attorneys

6     U.S. Attorney's Office
      150 S. Almaden, 9th Floor
7     San Jose, CA 95113
      Telephone: (408) 535-2695/5032
8     Facsimile: (408) 535-5066
      jeffrey.b.schenk@usdoj.gov
9
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00156 JW |
| Plaintiff, | **TRIAL STIPULATIONS** |
| v. | Trial Date: August 5, 2008 |
| STEVEN RODRIGUEZ, | Time: 9:00 a.m. |
|  | Court: Hon. J. Ware |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States and defendant, Steven Rodriguez, as follows:

1. That Government's Exhibits 1 - 7 (the photographs) are admissible.[1]

2. The parties anticipate filing additional stipulations of fact.

---

[1] The defendant reiterates his objections to Exhibit 10 (the audiotape) noted in his Response to the Government's Motion *in Limine*.

TRIAL STIPULATIONS
CR 08-00156 JW

1  DATED: August 1, 2008

2                                                      Respectfully submitted,

3

4                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
5

6                                                      _/s/_____
                                                       JEFFREY B. SCHENK
7                                                      Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRIAL STIPULATIONS
CR 08-00156 JW                         2