UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE JAMES WARE          Case No. **C-08-00156 JW**

CASE TITLE: **United States v. Steven Rodriguez**

NOTE FROM THE JURY

Date: August 5, 2008

Time:  3:05 PM

Note No. _____ Trial Note No. 1____

When counsel read stipulated
facts, he stated a Feb. 2008
date that Δ tested positive and
then a Feb. 2007 date that Δ tested
positive.
  Is this an error, e.g. the positive
tests were in 2007 not 2008?
  — Thank you.