# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No.:  CR 08-00156 JW
Case Name:  United States v. Steven Rodriguez

**EXHIBIT LIST**

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | | DESCRIPTION |
|---|---|---|---|---|
| 1 | 8/5/2008 | 8/5/2008 | | Photograph of 1535 San Andreas Road |
| 2 | 8/5/2008 | 8/5/2008 | | Photograph of 1535 San Andreas Road |
| 3 | 8/5/2008 | 8/5/2008 | | Photograph of 1535 San Andreas Road |
| 4 | 8/5/2008 | 8/5/2008 | | Photograph of 1535 San Andreas Road |
| 5 | 8/5/2008 | 8/5/2008 | | Photograph of shotgun |
| 6 | 8/5/2008 | 8/5/2008 | | Photograph of shotgun with blue towel |
| | | | | |
| 8 | 8/5/2008 | 8/5/2008 | | Remington Model 870 12 gauge pump-action shotgun, serial number V631321V |
| 9a thru 9e | 8/5/2008 | 8/5/2008 | | a) one round of 12 gauge ammunition containing the head-stamp "R-P"; b) one round of 12 gauge ammunition containing the head-stamp "Peters"; c) one round of 12 gauge ammunition containing the head-stamp "Duck Symbol"; d) two rounds of 12 gauge ammunition containing the head-stamp "Sellier & Bellot.", |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 11 | 8/6/2008 | | limited transcript of Rodriguez's post-arrest statement |
| 21 | 8/6/2008 | 8/6/2008 | audiotape of Rodriguez's post arrest statement |

8/5/2008
8/5/2008