UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES - JURY TRIAL

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:   August 7, 2008** | **Court Reporter: Lee-Anne Shortridge** |
| **Case No: CR-08-0156 JW** | **Interpreter: N/A** |

### TITLE

**USA v. Steven Rodriguez (C)**
Attorney(s) for Plaintiff(s): Jeff Schenk, Richard Cheng
Attorney(s) for Defendant(s): Cynthia Lie

### PROCEEDINGS

### Jury Deliberations

### ORDER AFTER HEARING

Jury deliberations began at approx. 9:00 AM. The Court held a hearing outside the presence of the Jury Note No. 1 and Defendant's Motion (approx. 9:30 AM). The Defendant present and in custody for proceedings. The jury sent out Jury Note No. 2 during the proceedings. The Court took the Defendant's motion under submission after oral argument. The Court summoned the jury into the courtroom for further instructions by the Court (approx. 10:47 AM). The Court developed a Supplemental instruction to address Jury Notes Nos. 1 and 2 . The jury was dismissed to continue deliberations and Supplemental Instruction No. 1 was sent to the jury (approx. 10:50 AM). The jury sent out Jury Notes Nos. 3 and 4 re request for read back by the court reporter (approx. 11:28 AM). Counsel for both sides were summoned, and the defendant was called to be present for proceedings.  The court reporter read the appropriate transcript designations for counsel. The court reporter then held read back for jury in the jury room (end. approx. 11:40 AM). The jury broke at noon for a short lunch break and sent out Jury Note No. 5(approx. 12:00 PM). Counsel for both sides were summoned, and the defendant was called to be present for proceedings. The Court held a brief discussion with counsel re Jury Note No. 5(12:20 PM). The Jury returned from lunch at approx. 12:30 PM. The Court then went on the record re Jury Note No. 5(approx. 12: 40 PM) The Court broke briefly (approx. 12:50 PM) to structure further instructions. Supplemental Instruction No. 2. was send into the jury to address Jury Note No. 5 (end approx. 1:10 PM). The Jury sent out Jury Note No. 6 re request for further read back by the court reporter (approx. 1:28 PM). Counsel for both sides were summoned, and the defendant was called to be present for proceedings.   The court reporter read the appropriate transcript designations for counsel. The court reporter then held read back for jury in the jury room (end. approx. 2:10 PM). The jury sent out Jury Note No. 7 (approx. 3:40 PM). Counsel for both sides were summoned, and the defendant was initially not present for proceedings but was called to be present for proceedings. The Court summoned the jury to give further instructions to Jury Note No. 7. The Jury was dismissed at the conclusion of the Court's instruction. The jury retired deliberations for the day (approx. 4:06 PM).

Further Jury Deliberations set for **August 8, 2008 at 9:00 AM.**

**Exhibits Into Evidence (submitted to jury for deliberations on 8/6/2008):**
Govt: #'s 1, 2, 3, 4, 5, 6,  8 (custody remains with Govt. The Govt is on call to produce exhibit for the jury when needed), 9A - E (custody remains with Govt. The Govt is on call to produce exhibit for the jury when needed)
Def: #'21

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: