**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br>v.<br>Steven Rodriguez,<br>       Defendant. | NO. CR-08-00156 JW<br><br>**VERDICT** |

WE, THE JURY, in the above entitled case, unanimously find the Defendant, Steven Rodriguez,

_____ Not guilty because the government has failed to prove all the elements of the crime

\_\_\_✓\_\_\_\_\_ Not guilty for the reason of justification

_____ Guilty

of a felon in possession of a firearm and ammunition in violation of Section 922(g) of Title 18 of the United States Code as charged in Count One of the Indictment.

WE, THE JURY, in the above entitled case, unanimously find the Defendant, Steven Rodriguez,

_____ Not guilty because the government has failed to prove all the elements of the crime

\_\_\_\_✓\_\_\_\_ Not guilty for the reason of justification

_____ Guilty

of the crime of unlawful controlled substance abuser in possession of firearm in violation of Section 922(g) of Title 18 of the United States Code as charged in Count Two of the Indictment.

Date: AUGUST 8, 2008

_____
Presiding Juror

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Cynthia Chin Young Lie, cynthia_lie@fd.org
Jeffrey Benjamin Schenk, jeffrey.b.schenk@usdoj.gov

Dated: August 8, 2008            Richard W. Wieking, Clerk

                                 By:   /s/ JW Chambers

                                 **Elizabeth Garcia
                                 Courtroom Deputy**