AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

FILED
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

V.

Steven Rodriguez

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR 08-00156 JW

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

JAMES WARE; U.S. Dist. Judge
Name and Title of Judicial Officer

August 8, 2008
Date