UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

**Case No.:**    **CR-08-00156-JW**

**Date Filed:**    August 12, 2008

DOCUMENT:

- Reporter's Transcript: _____
- Trial Exhibits: **# 1**
- Lodged Documents: _____
- Declaration:
  _____
  _____

- Other:
  _____
  _____

**LOCATION:**

- Expando Next to Case File
- Overflow Shelf: _____
- Vault _____
- Other: _____
- Exhibit Room    **X**

Document No.:    **66**