UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

**Case No.:**             **CR-08-00156-JW**

**Date Filed:**            August 12, 2008

DOCUMENT:

- Reporter's Transcript: _____
- Trial Exhibits:    **# 4**
- Lodged Documents: _____
- Declaration:

- Other:

**LOCATION:**

- Expando Next to Case File
- Overflow Shelf: _____
- Vault _____
- Other: _____
- Exhibit Room          **X**

Document No.:          **69**