UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

**Case No.:**  CR-08-00156-JW

**Date Filed:**  August 12, 2008

DOCUMENT:

- Reporter's Transcript: 
- Trial Exhibits:  # 5
- Lodged Documents: 
- Declaration: 


- Other: 


**LOCATION:**

- Expando Next to Case File
- Overflow Shelf: 
- Vault 
- Other: 
- Exhibit Room    X

Document No.:    70