UNITED STATES DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

# DOCUMENT LOCATOR

**Case No.:**     CR-08-00156-JW

**Date Filed:**     August 12, 2008

DOCUMENT:

- Reporter's Transcript: _____
- Trial Exhibits:    **# 6**
- Lodged Documents: _____
- Declaration: _____

- Other: _____

**LOCATION:**

- Expando Next to Case File
- Overflow Shelf: _____
- Vault _____
- Other: _____
- Exhibit Room     **X**

Document No.:     **71**